UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1267

LEON DRUMMOND; LEE WILLIAMS, On behalf of themselves and all others
similarly situated; YESHONDA DRIGGINS

v.

PROGRESSIVE SPECIALTY INSURANCE CO; PROGRESSIVE ADVANCED
INSURANCE CO,
Appellants

(E.D. Pa. No. 5:21-cv-04479)

ORDER AMENDING OPINION

The order which is the subject of this appeal was entered on August 11, 2023 by the
Honorable Edward G. Smith, United States District Judge for the Eastern District of
Pennsylvania.  Judge Smith passed away on November 27, 2023 while the appeal was
pending.  Because of Judge Smith's passing, the case was reassigned to the Honorable
Mark A. Kearney.

The precedential opinion and judgment entered on July 7, 2025 are hereby amended to
reflect that Judge Smith presided over the lower court proceedings at the time the appeal
was taken and the case was later assigned to Judge Kearney.  As this amendment does not
alter the substance of the opinion or judgment the filing date of those documents will not
be changed.

For the Court,

*Patricia A Dodszuweit*

PATRICIA S. DODSZUWEIT,
Clerk

Date: July 15, 2025
Lmr/cc: All Counsel of Record